UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
*ex rel*. BLOCKQUOTE, INC.,

Plaintiff-Relator,

v.

SCHOSTAK BROTHERS & COMPANY, INC., et al.,

Defendants.

______________________________________/

Case No. 1:25-cv-475

HON. HALA Y. JARBOU
Chief U.S. District Judge

**FILED *EX PARTE* AND UNDER SEAL**

**ORDER**

The United States of America having intervened in this matter pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS HEREBY ORDERED that the United States shall have twenty-eight days from the unsealing of this case to file a complaint in intervention and proposed summonses in this matter;

IT IS FURTHER ORDERED that:

1. The Relators' *qui tam* Complaint be unsealed;
2. A partially-redacted copy of the following memos, attached as Attachments 1-5 to the United States' Notice of Election to Intervene, be unsealed:
   a. Memorandum of Law in Support of the United States of America's First Ex Parte Application for an extension of time to intervene (filed June 25, 2025), a partially-redacted copy of which is attached as **Attachment 1**.
   b. Memorandum of Law in Support of the United States of America's Second Ex Parte Application for an extension of time to intervene (filed December 31, 2025), a partially-redacted copy of which is attached as **Attachment 2**.

c. Memorandum of Law in Support of the United States of America's Ex Parte Application for Partial Lifting of the Seal (filed April 28, 2026), a partially redacted copy of which is attached as **Attachment 3.**

d. Memorandum of Law in Support of the United States of America's Second Ex Parte Application for Partial Lifting of the Seal (filed May 20, 2026), a partially redacted copy of which is attached as **Attachment 4**.

e. Memorandum of Law in Support of the United States of America's Third Ex Parte Application for an extension of time to intervene (filed July 2, 2026), a partially-redacted copy of which is attached as **Attachment 5.**

3. All other contents of the Court's file and all other matters occurring in this action be unsealed;

IT IS SO ORDERED, this ___ day of __________, 2026.

_________________________________
HON. HALA Y. JARBOU
Chief U.S. District Judge